THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALESANDRO MISASI, Respond-ent, v. THE WARDEN AND AGENT OF THE BROOKLYN CITY PRISON and Others, Appellants.— Order reversed upon the law, and writ of habeas corpus dismissed, and relator remanded to proper custody. Relator's license to carry the revolver

45

in question was illegal and void because not issued by the police commissioner of the city of New York, pursuant to section 1897 of the Penal Law. (*People* v. *Tarantolo*, 202 App. Div. 707; affd., 236 N. Y. 627.) Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.